JL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

K.K.,

          Petitioner,

v.

Fred Figueroa, *et al.*,

          Respondents.

No.    CV-26-00115-PHX-JJT (JZB)

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under § 2241 challenging her immigration detention and a Motion for Temporary Restraining Order.  (Docs. 1, 2.) Petitioner alleged, among other things, that she had sought asylum, withholding of removal, and protection under the Convention Against Torture. (Doc. 1 ¶ 15.)  Petitioner alleged that she established a fear of persecution at her credible fear interview.  (*Id.* ¶ 18.) The Court ordered Respondents to file a combined response to the Petition and Motion. (Doc. 4.)  In their Response, Respondents state on December 5, 2025, the Immigration Judge held a final Merit hearing on Petitioner's claim for asylum, which was continued until February 2, 2026, to hear additional testimony.  (Rheinfrank Decl. ¶¶ 10-11.)  In her Reply, Petitioner does not state whether that hearing occurred or address the status of her proceedings.

The Court will require Respondents, within **two (2) days** of the filing date of this Order, to file a status report regarding the status of Petitioner's immigration case, including the dates of any upcoming hearings and the results of any decisions.

**IT IS ORDERED** that within **two (2) days** of the filing date of this Order, Respondents **must file** a status report regarding the status of Petitioner's immigration case, including the dates of any upcoming hearings and the results of any decisions.

Dated this 17th day of March, 2026.

_____
Honorable John J. Tuchi
United States District Judge

JDDL